**Opinion issued December 11, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00662-CR

————————————

**JAMES JACKSON, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Case No. 1359104**

---

**MEMORANDUM OPINION**

Appellant, James Jackson, III has filed a motion to dismiss his appeal, which

he and his attorney have signed. *See* TEX. R. APP. P. 42.2(a). We have not issued a

decision in the appeal, and more than 10 days have passed and the State has not

responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.
Do not publish.   TEX. R. APP. P. 47.2(b).